**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JAMES M. WILLIAMS, :
    Plaintiff, :
v. : 1:07-CV-25 (WLS)
DWAYNE AYERS, :
    Defendant. :
_____ :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 15), filed January 30, 2008. It is recommended that Defendant's pre-answer motion to dismiss be granted. (Doc. No. 11). Plaintiff has not filed an objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 11) is **GRANTED.**

    SO ORDERED, this  7th  day of March, 2008.

                                        /s/W. Louis Sands
                                        **W. Louis Sands, Judge
                                        United States District Court**